# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KELLY EDWARD DUNCAN, <br> AIS 269868, | : | |
| Petitioner, | : | |
| vs. | : | CA 13-0603-WS-C |
| KENNETH JONES, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 9, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** this 22nd day of May, 2014.

                **s/WILLIAM H. STEELE**
                **CHIEF UNITED STATES DISTRICT JUDGE**