# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KELLY EDWARD DUNCAN, AIS 269868, | : |
| Petitioner, | : |
| vs. | :     CA 13-0603-WS-C |
| KENNETH JONES, | : |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d). Alternatively, this Court is procedurally barred from reaching the merits of the claim petitioner has raised in the instant habeas corpus petition. Duncan is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd day of May, 2014.

                                **s/WILLIAM H. STEELE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**